Richard J. FRANK, Plaintiff–Appellant,

v.

ROCKWELL INTERNATIONAL, Rocket Dyne, and Boeing Company, Defendants–Appellees,

and

National Aeronautics and Space Administration, Defendant–Appellee.

No. 02–1015.

United States Court of Appeals, Federal Circuit.

Jan. 15, 2002.

*ORDER*

On November 29, 2001 the court issued an order directing Richard J. Frank ("Frank") "to show cause, within 21 days of the date of filing of this order, why his appeal should not be dismissed as untimely". Frank has failed to respond to the order within the time allowed, but did submit an informal brief on January 8, 2002.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This appeal is hereby dismissed.

(2) Each side shall bear its own costs.

STELCO HOLDING COMPANY, Plaintiff–Appellant,

and

Pikeville Coal Company, Plaintiff,

v.

UNITED STATES, Defendant–Appellee.

No. 00–5053.

United States Court of Appeals, Federal Circuit.

Jan. 16, 2002.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).